Fill in this information to identify the case:

Debtor name **3422 W. Clarendon Ave., LLC**

United States Bankruptcy Court for the:

**Eastern District of Washington**

Case number (if known): **24-02044**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625,143.00** | **$625,143.00** |

**2.1** Priority creditor's name and mailing address

**Washington Deppartment of Revenue - Sales Tax**

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

24-02044-FPC7     Doc 48    Filed 02/19/25    Entered 02/19/25 23:07:58    Pg 1 of 5

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Bank of America**

PO Box 660441

Dallas, TX 75266-0441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

**Employment Securities-State of Washingto**

PO Box 9046

Olympia, WA 98507-9243

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

**Leucadia/352**

c/o Herbert Smith Freehills New York LLP

200 Park Avenue

New York, NY 10166

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred **2022-2024**

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

**Pacific Water**

Pacific Water

Pacific Water

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

24-02044-FPC7      Doc 48      Filed 02/19/25      Entered 02/19/25 23:07:58      Pg 2 of 5

| Part 2: | Additional Page |
|---|---|

### 3.5

**Nonpriority creditor's name and mailing address**

**Plywood Supply**

**PO Box 82300**

**Kenmore, WA 98028**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.6

**Nonpriority creditor's name and mailing address**

**Southern Carlson Construction**

**21323 68th Ave., West**

**Lynnwood, WA 98036**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.7

**Nonpriority creditor's name and mailing address**

**Spencer Fane LLP**

**5700 Granite Pkwy, Ste 650**

**Plano, TX 75024**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.8

**Nonpriority creditor's name and mailing address**

**Tyler C. Sadek**

**c/o Mercho Strzynski LLP**

**828 E. 64th Street**

**Indianapolis, IN 46220**

Date or dates debt was incurred    **12/5/2023**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,919,022.00

24-02044-FPC7     Doc 48     Filed 02/19/25     Entered 02/19/25 23:07:58     Pg 3 of 5

## Part 2: Additional Page

**3.9** | **Nonpriority creditor's name and mailing address**

**Uline**

**12575 Uline Drive**

**Pleasant Prairie, WI 53158**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$1,588.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** goods and services

**Is the claim subject to offset?**
☑ No
☐ Yes

24-02044-FPC7    Doc 48    Filed 02/19/25    Entered 02/19/25 23:07:58    Pg 4 of 5

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
| --- | --- | --- |
| 5a.  **Total claims from Part 1** | 5a. | **$625,143.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$14,920,610.00** |
| 5c.  **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | **$15,545,753.00** |

24-02044-FPC7    Doc 48    Filed 02/19/25    Entered 02/19/25 23:07:58    Pg 5 of 5